IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHERMAN D. MANNING,

    Plaintiff,                    No. CIV S 08-1996 DAD P

    vs.

C.M.C. EAST STAFF, et al.,

    Defendant.                <u>ORDER</u>

/

        Plaintiff, a state prisoner proceeding pro se and currently confined at California Men's Colony, has filed a letter with the court in which he alleges that his civil rights have been violated and that his life is in imminent danger. Plaintiff has not submitted a civil rights form complaint and no other pleadings have been filed by plaintiff. In addition, plaintiff has not submitted an application to proceed in forma pauperis.

        The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

1    Here, all of plaintiff's allegations relate to events that allegedly took place at
2 California Men's Colony and, therefore, none of the potential defendants to a civil rights action
3 reside in this district. It appears that any claims which plaintiff may be attempting to present
4 arose in San Luis Obispo County, which is located within the Central District of California.
5 Therefore, any complaint which plaintiff may elect to file presenting such claims would properly
6 be filed in the United States District Court for the Central District of California. In the interest of
7 justice, a federal court may transfer a complaint filed in the wrong district to the correct district.
8 See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).
9    The undersigned is mindful of the shortcomings of plaintiff's filing with this
10 court. Nonetheless, in the interest of justice and in light of the serious nature of the allegations
11 set forth in plaintiff's letter, the court will transfer the matter to the district where plaintiff's
12 claims could be properly brought.
13    Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
14 United States District Court for the Central District of California.
15 DATED: September 3, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
mann1996.21